IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VERNON KOENES

Plaintiff,

vs.

m/v SHAGRADA, et al.

Defendant.

CIVIL NO. 97-1913(SEC)

In Admiralty

## ORDER

Upon plaintiff's motion for release of security bond, and after consideration of the conditions and purpose of said bond, we hereby **ORDER** the release of the continuous bond for twenty five thousand dollars ($25,000.00) posted by plaintiff, as principal, and United States Fidelity and Guaranty Company as surety.

**SO ORDERED**.

In San Juan, Puerto Rico, this, 29th day of September, 1999.

United States District Judge

cc: Security Bond Associates
Finance
9/30/99