IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VERNON KOENES | * |
| Plaintiff | * |
| v. | * Civil No. 97-1913(SEC) |
| s/v SHAGRADA, et. al. | * |
| Defendants | * |

**ORDER**

Upon plaintiff's motion, **(Docket #36)**, and after the Court examined other documents contained in the file,[1] the sale of vessel *Shagrada* to plaintiff Vernon Koenes is hereby **CONFIRMED**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 27TH day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

---

[1] Plaintiff's motion to confirm the sale of vessel Shagrada was filed on Februrary 14, 2000 and is unopposed. In addition, the Court has examined the record and finds that the sale was conducted according to law.

AO 72A
(Rev. 8/82)